UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BARHITE, Jr.,

        Plaintiff,                          Case No. 1:14-cv-218

v.                                            Honorable Paul L. Maloney

C.C. BROWN et al.,

        Defendants.
_____/

## ORDER

This is a civil rights action brought by a state prisoner. On June 26, 2014, the Court entered an opinion and order dismissing the complaint in part as to some claims and Defendants, and ordering service on the remaining Defendants (docket ##5, 6). The Court's order gave Plaintiff fourteen days to provide five (5) copies of the complaint for the U.S. Marshals Service to effect service on the remaining Defendants. Plaintiff has provided the requisite copies, but he moves the Court for additional time (until August 8, 2014), to file a motion for reconsideration of the Court's opinion and order, and he asks the Court to delay service of the complaint until the Court rules on his motion for reconsideration. Plaintiff's motion (docket #7) is GRANTED. Plaintiff shall have until August 8, 2014, to file a motion for reconsideration. The Clerk's Office is directed *not* to deliver Plaintiff's complaint to the U.S. Marshal's Service until so ordered by the Court.

        IT IS SO ORDERED.

Dated:   July 21, 2014                    /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge