UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BARHITE JR.,

      Plaintiff,

v.

                         Case No. 1:14-cv-218

LYNETTE O'CONNOR,                 HONORABLE PAUL L. MALONEY

      Defendant.
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date: September 19, 2017                              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District